ACCEPTED
04-15-00254-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/24/2015 3:13:05 PM
KEITH HOTTLE
CLERK

NO. 04-15-00254-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/24/2015 3:13:05 PM

KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

_____

THE CITY OF SAN ANTONIO AND
SAN ANTONIO RIVER AUTHORITY

Appellants

vs.

OLSVALDO PERALTA

Appellee

_____

## APPELLEE'S MOTION FOR LEAVE
## TO FILE SUR-REPLY BRIEF

_____


Corbin L. Snow, III
State Bar No. 18809100
310 West Sunset
San Antonio, TX 78209
Telephone: (210) 820-0020
Facsimile: (210) 820-0019
corbinsnow@thesnowlawfirm.com

Robert W. Clore
State Bar No. 24012436
15481 S. Padre Island Dr. #101
Corpus Christi, TX 78418
Telephone: (361) 558-3527
Facsimile: (361) 949-0908
rclore@robclorelaw.com


ATTORNEYS FOR APPELLEE
OSVALDO PERALTA

TO THE HONORABLE COURT OF APPEALS:

Appellee, Osvaldo Peralta, files this Motion for Leave to File Sur-Reply Brief and moves for this Court to grant him leave to file his Sur-Reply Brief. Appellee seeks leave to file this Sur-Reply to aid the Court in its decision, and to address arguments and inaccurate assertions made in Appellants' Reply Briefs.

Appellee respectfully requests that this Court grant his Motion for Leave to File Sur-Reply Brief, and deem that Appellee's Sur-Reply Brief, submitted to this Court contemporaneous with this motion, be filed. Appellee prays for such other relief, in law or in equity, to which this Court finds Appellee justly entitled.

Respectfully submitted,

/s/ Robert W. Clore
Robert W. Clore
State Bar No. 24012436
15481 S. Padre Island Dr. #101
Corpus Christi, Texas 78418
Telephone: (361) 558-3527
Facsimile: (361) 949-0908
rclore@robclorelaw.com

Corbin L. Snow, III
State Bar No. 18809100
310 West Sunset
San Antonio, TX 78209
Telephone: (210) 820-0020
Facsimile: (210) 820-0019

corbinsnow@thesnow
lawfirm.com

ATTORNEYS FOR
APPELLEE, OSVALDO
PERALTA

## CERTIFICATION OF CONFERENCE

I, Robert W. Clore, certify that I communicated with Deborah Lynne Klein, Attorney for Appellant, the City of San Antonio, and Clarissa M. Rodriguez, Attorney for Appellant, the San Antonio River Authority, on August 21, 2015, and they indicated that they oppose the Motion.

/s/ Robert W. Clore
Robert W. Clore

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 24th day of August, 2015.

Deborah Lynne Klein, Attorney for the City of San Antonio, Deborah.Klein@sanantonio.gov

Clarissa M. Rodriguez, Attorney for the San Antonio River Authority, clarissa.rodriguez@rampage-sa.com

Corbin L. Snow, III, Trial Attorney for Appellant Osvaldo Peralta, corbinsnow@thesnowlawfirm.com

VIA E-FILING

/s/ Robert W. Clore
Robert W. Clore